IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONNA REIFENDIFER and PETER PENCE<br>121 Stanley Lane<br>New Castle, DE 19720 | :<br>:<br>:<br>:    Case No.: |
| Plaintiffs, | :<br>: |
| V. | :    TRIAL BY JURY DEMANDED<br>:<br>: |
| JAMMIE YANG and KUN HO YANG,<br>9 Arrandale Ave.<br>Great Neck, NY  11024 | :<br>:<br>:<br>: |
| Defendants. | : |

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiffs by their attorneys, Francis J. Jones, Jr., Esq. and Morris James, LLP, sue the Defendants, Jammie Yang and Kun Ho Yang and state as follows:

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C., § 1332, because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is a complete diversity of citizenship between all parties.

2. Venue of this Court is involved pursuant to 28 U.S.C. § 1391(a), this being an action wherein jurisdiction is founded only on diversity of citizenship, and the District of Maryland is where a substantial part of the events or omissions giving rise to said claim occurred.

3. The Plaintiffs, Donna Reifendifer and Peter Pence, reside at 121 Stanley Lane, New Castle, DE  19720.

4. The Defendant, Jammie Yang and Kun Ho Yang at 9 Arrandale Ave., Great Neck, New York   11024.

## FACTS

5. Paragraphs 1 through 4 are realleged and incorporated herein by reference.

6. On or about November 24, 2015, Plaintiff Donna Reifendifer, was the driver, and Plaintiff Peter Pence was a passenger, in a vehicle traveling Southbound on I-95 near Mile Marker #95 on I-95 in Maryland, when their vehicle was rearended by one driven by Defendant Jammie Yang and owned/insured by Defendant Kun Ho Yang.

7. Plaintiff Donna Reifendifer suffered severe injuries as a result of the November 24, 2157 accident including, but not limited to, her neck injury requiring two surgeries, both shoulders, both arms, both wrists requiring two one surgery on each, both legs and back, requiring back surgery.

8. Plaintiff Donna Reifendifer has not been able to return to work and has a wage loss and/or loss of earning capacity claim.

9. Plaintiff Peter Pence suffered severe injuries as a result of the November 24, 2157 accident including, but not limited to, his neck and back requiring surgery.

10. As a result of the accident of November 24, 2015, the Plaintiff, Donna Reifendifer's vehicle has damages severe enough to be deemed a total loss.

## COUNT I

11. Paragraphs 1 through 9 are realleged and incorporated herein by reference.

12. The injuries sustained to Plaintiff Donna Reifendifer and Plaintiff, Peter Pence, and the damage to the Plaintiff, Donna Reifendifer's vehicle were directly and proximately caused by the negligence of the Defendant Jamie Yang, in that:

    (a)    Defendant Jammie Yang drove her vehicle in a manner that indicates a wanton or willful disregard for the safety of persons or property in violation of Maryland Code Title 21 §901.1(a)(2);

    (b)    Defendant Jammie Yang drove her vehicle in a careless or imprudent manner endangering the life or person of an individual in violation of Maryland Code Title 21 §901.1(b);

    (c)    Defendant Jammie Yang failed to drive with due regard for the safety of all persons using the highway and fell asleep at the wheel while traveling 60 miles per hour;

    (d)    Defendant Yang failed to maintain a proper lookout while operating her motor vehicle and fell asleep at the wheel while traveling 60 miles per hour;

    (e)    Defendant Jammie Yang failed to devote her full time and attention to the operation of her motor vehicle;

    (f)    Defendant Jammie Yang was following a motor vehicle more closely than was reasonable and prudent, not having due regard for the speed of the other vehicle and of the traffic on and the condition of the highway in violation of Maryland Code Title 21 § 310(a);

    (g)    Defendant Jammie Yang failed to drive at a reasonable and prudent speed in violation of Maryland Code Title 21 §801(a);

## COUNT II

13.    Paragraphs 1 through 11 are realleged herewith and incorporated herein by reference.

14.    Defendant, Kun Ho Yang, is negligent under the common law doctrine of negligent entrustment in that he entrusted his vehicle to a person he knew or should have known would operate a vehicle unsafely because of their youth and their inexperience as a driver.

15.    At all times relevant to this litigation, Defendant Jammie Yang was operating a vehicle owned and/or insured by Defendant Kun Ho Yang, and was operating said vehicle with

- 4 -

his permission and/or as his agent, and thus Defendant Kun Ho Yang, is vicariously liable for this accident and the negligence of Jammie Yang and the injuries caused by her negligence.

### PRAYER FOR RELIEF

*WHEREFORE* , Plaintiffs, Donna Reifendifer and Peter Pence, pray for judgment in their favor and against the Defendants, Jammie Yang and Kun Ho Yang, for the medical expenses, interest, property damage, mental anguish, pain and suffering, wage loss and/or loss of earning capacity and such other and further relief as the Court deems proper and just.

MORRIS JAMES, LLP

_____
Francis J. Jones, Jr., Esq. (Bar I.D. # 16842)
803 North Broom Street
Wilmington, Delaware 19806
(302) 655-2599
Attorney for Plaintiffs
fjones@morrisjames.com

9/4/18